UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| MICKEL G. HOBACK, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | 1:10-CV-74 |
| v. | ) | *Collier / Lee* |
| | ) | |
| CITY OF CHATTANOOGA, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is Plaintiff's motion to amend his complaint [Doc. 12]. In its response to the motion, Defendant submits an extension of certain deadlines is appropriate, but Defendant does not oppose the motion. Leave to amend is therefore **GRANTED**. The hearing previously scheduled on the motion for January 21, 2011 is **CANCELED**. The deadlines in this case shall remain in effect pending further order of the Court.

SO ORDERED.

ENTER:

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE