UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| **MICKEL G. HOBACK,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 1-10-cv-74 |
| v. ) | |
| ) | Chief Judge Curtis L. Collier |
| **CITY OF CHATTANOOGA** ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF'S SUGGESTED VOIR DIRE QUESTIONS

Mickel G. Hoback ("Plaintiff"), by and through counsel, submits the following Suggested Voir Dire Questions to be posed by the Court to the prospective jurors in this case:

1. Does anyone among the panel members hold the view that if a person is receiving compensation or payment for a partial disability that the person receiving such a payment should not be entitled to hold full time employment with an employer.

2. Does anyone among the panel members hold the view that if a person is receiving compensation or payment for a partial disability that this is a fact that is required to be disclosed to an employer.

3. Does anyone among the panel members hold the view that if a person is receiving a partial disability payment that an employer should be allowed to discharge the employee for receiving such a payment.

4. Has anyone among the panel members ever been terminated from a job.

5. Has anyone among the panel members ever been terminated from a job for reasons or under circumstances that the person feels were unfair or unjustified. If so, what were the circumstances.

6. Has anyone among the panel members been required to terminate a person from a job.

7. Has anyone among the panel members ever drawn unemployment compensation.

Respectfully submitted,

   s/ Michael E. Richardson
Michael E. Richardson, TNBPR#07191
THORNBURY, MORGAN & RICHARDSON
732 Cherry Street
Chattanooga, TN 37402
(423) 756-2221

   s/ Phillip C. Lawrence
Phillip C. Lawrence, TNBPR#00985
LAWRENCE & LAWRENCE, PLLC
200 East Eighth Street
Chattanooga, TN 37402
(423) 756-5031

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing motion was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

    Phillip A. Noblett, Esq.
    100 East 11th Street, Suite 200
    Chattanooga, Tennessee 37402

    Crystal R. Freiberg, Esq.
    100 East 11th Street, Suite 200
    Chattanooga, Tennessee 37402

    This __7th__ day of September, 2011.

    s/ Phillip C. Lawrence
    PHILLIP C. LAWRENCE