# United States District Court

**Eastern** DISTRICT OF **Tennessee**

**Hoback v. City of Chattanooga**

## EXHIBIT AND WITNESS LIST

CASE NUMBER: 1:10-cv-74

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Curtis L. Collier | Lawrence/Richardson | Noblett/Freiberg |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| Sept. 12, 2011 | Elizabeth Coffey | Cyndee Palmer |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| W | | 9/12/11 | | | David Frye, sworn |
| W | | " | | | Susan Blaine, sworn |
| 20 | | " | ✓ | ✓ | emails |
| W | | " | | | Mickel Hoback, sworn |
| W | | 9.13.11 | | | Mickel Hoback con't |
| | 12 | " | ✓ | ✓ | Letter by Mike Hoback |
| W | | " | | | Patrick Bearden, sworn |
| 9 | | " | ✓ | ✓ | Notes from Mr. Bearden, cnsl — In take Form |
| 11 | | " | ✓ | ✓ | Intake form from counselor |
| W | | " | | | Michael Mathis, sworn |
| | 6 | " | ✓ | ✓ | Letter re: Relief from Deputy |
| | 10 | " | ✓ | ✓ | Certificate of Need |
| W | | 9.13.11 | | | James Walker, sworn |
| 14 | | | ✓ | ✓ | Psychological Evaluation |
| W | | 9.13.11 | | | Billy Hoback, sworn |
| W | | | | | Freeman Cooper, sworn |
| 12 | | 9.13.11 | ✓ | ✓ | Letter from VA |
| | 2 | | ✓ | ✓ | Report of Dr. Brookshire |
| | 7 | | ✓ | ✓ | Letter to HR - Donna Kelley |
| | 1 | | | ✓ | Termination of Employment Letter |
| W | | 9/14/11 | | | Doug Kelly, sworn |
| W | | " | | | Terrell McDaniel, PhD., sworn |

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | | Hoback | | vs. | City of Chattanooga | CASE NO. 1:10-cv-74 |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| 4 | | 9/14/11 | ✓ | ✓ | Psychological Fitness for Duty Evaluation by Dr. Terrell McDaniel | |
| | | " | | | Deposition of Freeman Cooper Read | |
| | W | " | | | Donna Kelly, sworn | |
| | W | " | | | Zachary McCullough, sworn | |
| 21A | | " | ✓ | ✓ | Report of Employee Efficiency Rating | |
| | W | " | | | Dr. Donald Brookshire, sworn | |