UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

MICKEL G. HOBACK, )
 )
    Plaintiff, )
 ) Case No: 1:10-CV-74
v. )
 ) Chief Judge Curtis L. Collier
CITY OF CHATTANOOGA )
 )
    Defendant. )

## VERDICT FORM

1. Has Plaintiff proved by a preponderance of the evidence his claim under the Americans with Disabilities Act and the Rehabilitation Act?

    Yes ✓    No ___

    *[If you answered "no" to Question 1, then your deliberations are at an end and you should sign the verdict form and inform the judge that you have completed deliberations.]*

    *[If you answered "yes" to Question 1, then proceed to the next part.]*

2. Plaintiff has proved by a preponderance of the evidence he is entitled to the following damages:

    Back Pay    $ 130,000.00

    Front Pay    $ 300,000.00

    Emotional Distress    $ 250,000.00

    Total    $ 680,000.00

/S/                       9-15-11

Foreperson              Date