UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| MICKEL G. HOBACK | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:10-CV-74 |
| v. | ) |
| | ) Chief Judge Curtis L. Collier |
| CITY OF CHATTANOOGA | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

Before the Court is Plaintiff Mickel Hoback's ("Plaintiff") motion for costs and attorney's fees pursuant to Rule 54(d)(2), Fed. R. Civ. P., and 42 U.S.C. § 12205 (Court File No. 66). In accordance with Rule 72(b) of the Federal Rules of Civil Procedure, the magistrate judge filed a report and recommendation ("R&R") recommending Plaintiff's motion for attorney's fees and costs be granted in the amount of $99,967 for attorney's fees and $1,471.79 in costs for a total award of $101,438.49 (Court File No. 86). Neither party filed a timely objection to the R&R.

After reviewing the record, this Court agrees with the R&R. The Court hereby **ACCEPTS** and **ADOPTS** the magistrate judge's findings of fact, conclusions of law, and recommendations pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) (Court File No. 86).

Accordingly, the Court **ORDERS**:

(1) Plaintiff's motion for attorney's fees and costs is **GRANTED IN PART** (Court File No. 66);

(2) Plaintiff shall be awarded fees for the services of David Lawrence in the amount of $175.00 per hour for 11.8 hours, for a total of **$2,065.00**;

(3) Plaintiff shall be awarded fees for the services of Michael E. Richardson in the amount of $315.00 per hour for 85.6 hours, for a total of **$26,964.00**;

(4) Plaintiff shall be awarded fees for the services of Philip E. Lawrence in the amount of $315.00 per hour for 225.2 hours, for a total of **$70,938.00**; and

(5) Plaintiff shall be **REIMBURSED** costs in the amount of **$1,471.49**.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**